UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No: 16-04488-3F7

CAMERON A. STEWART
RACHEL P. BLOCK-STEWART

_____ Debtor(s)./

**PROOF OF SERVICE OF ORDER AUTHORIZING TRUSTEE TO EMPLOY
PETER MOCKE, FLEMING & COMPANY, LLC
AS APPRAISER FOR THE ESTATE**

The Trustee, Gordon P. Jones, hereby certifies that the Order Employing Peter Mocke, Fleming & Company, LLC. As Appraiser for the Estate entered on December 14, 2016 (docket #7) was furnished via U.S. Mail, postage prepaid, on December 14, 2016 or by electronic transmission by the Bankruptcy Noticing Center, to the following:

Cameron A. Stewart
Rachel P. Block-Stewart
1349 Wolfe Street
Jacksonville, Fl  32205

David P Grigaltchik
David P. Grigaltchik, P.A.
6144 Gazebo Park Place South
Suite 103
Jacksonville, Fl  32257

United States Trustee
George C. Young Federal Building
400 W. Washington St., Suite 1100
Orlando, FL 32801

Peter Mocke, Appraiser
Fleming & Company, LLC
4827-3 Phillips Hwy
Jacksonville, FL  32207

    */s/ Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL  32260-0459
(904) 262-7373
Trustee