## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

CAMERON A. STEWART and
RACHEL P. BLOCK-STEWART,

        Debtors.

Case No.: 3:16-bk-04488-JAF

Chapter 7

_____/

## TRUSTEE'S NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202 and serve a copy on the movant's attorney, Jacob A. Brown, Esq., Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Gordon P. Jones (the "Trustee") will sell at private sale the Estate's interest in the following described property:

      2002 Kawasaki Mean Streak in the amount of **$1,500**; various household goods and furnishings in the amount of $4,500, less applicable exemptions, for **$2,500.**

{41064699;1}

The sale shall be to Cameron A. Stewart and Rachel P. Block Stewart (the "Debtors") for $4,000 (the "Buyback Payment"), to be paid on or before May 15, 2017. All payments under the Buyback Payment shall be made by check payable to Gordon P. Jones, Trustee, and mailed to the Trustee at Post Office Box 600459, Jacksonville, Florida 32260-0459.

If the Debtors fail to timely pay the Buyback Payment or otherwise comply with the terms of this Notice, then after ten (10) days written notice to the Debtors and the Debtors' counsel and the Debtors' failure to cure within that ten (10) day period, the Trustee, upon submission of an affidavit stating that the Debtors failed to timely comply with the terms of this compromise, shall be entitled to:

(i) retain any portion of the Buyback Payment received by the Trustee as of the date of the Debtors' default; and

(ii) entry of an order requiring the Debtors to turn over the outstanding balance of the Buyback Payment along with interest on the outstanding sum at the rate of eighteen percent (18%) per annum and all of the attorneys' fees and costs that the Trustee incurs in recovering sums due the estate from the Debtors.

**Furthermore, the Debtors shall forthwith provide the Trustee proof that the tangible personal property and motor vehicle, if applicable, are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue until the sale contemplated under this Notice is finalized.**

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as

indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors.

**The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyer's responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

**Accepted and Agreed to:**

_____    3/6/17
Cameron A. Stewart              Date

**Accepted and Agreed to:**

_____    3.6.17
Rachel P. Block-Stewart         Date

Dated: March 6, 2017

AKERMAN LLP

By: /s/ Jacob A. Brown
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No.: 0068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Attorneys for Gordon P. Jones, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States mail, postage prepaid and properly addressed, this 7th day of March, 2017, to:

Cameron A. Stewart
Rachel P. Block-Stewart
1349 Wolfe Street
Jacksonville, FL 32205

David P. Grigaltchik, Esq.
David P. Grigaltchik, P.A.
6144 Gazebo Park Place South, Suite 103
Jacksonville, FL 32257

Gordon P. Jones, Chapter 7 Trustee
P.O. Box 600459
Jacksonville, FL 32260-0459

United States Trustee - JAX 7
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

and all parties on the attached mailing matrix.

/s/ Jacob A. Brown
Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:16-bk-04488-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Mar  7 09:56:55 EST 2017 | BBVA Compass Bank<br>c/o Nardella & Nardella, PLLC<br>250 E. Colonial Drive, Suite 102<br>Orlando, FL 32801-1231 | Rachel P Block-Stewart<br>1349 Wolfe Street<br>Jacksonville, FL 32205-8302 |
| Peter Mocke<br>4827-3 Phillips Hwy<br>Jacksonville, FL 32207-7269 | Cameron A Stewart<br>1349 Wolfe Street<br>Jacksonville, FL 32205-8302 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| BBVA/Compass Bank<br>15 20th Street S.<br>Suite 100<br>Birmingham, AL 35233-2011 | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | Bankers Leasing Company<br>PO Box 7740<br>Urbandale, IA 50323-7740 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Bank<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| SunTrust<br>PO Box 85526<br>Richmond, VA 23285-5526 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | US Dept of Education<br>PO Box 7859<br>Madison, WI 53707-7859 |
| Wells Fargo Home Mortgage<br>PO Box 10368<br>Des Moines, IA 50306-0368 | Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | Jacob A. Brown +<br>Akerman LLP<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202-3659 |
| United States Trustee - JAX 13/7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Michael A Nardella +<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 | David P Grigaltchik +<br>David P. Grigaltchik, P.A.<br>6144 Gazebo Park Place South<br>Suite 103<br>Jacksonville, FL 32257-1086 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25